**Jason K. Singleton** State Bar #166170
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533
lawgroup@sbcglobal.net

**Attorney for Plaintiff, ANNA ESCOBEDO**



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ESCOBEDO, <br><br> Plaintiff, <br><br> v. <br><br> GNS, INC., a California corporation, dba TACO BELL #148 and TACO BELL #2521, ANTHONY SAMMUT, in Trust for ANTHONY SAMMUT and ALFRED SAMMUT, DICK W. CAVA, dba CAVA ENTERPRISES, <br><br> Defendants. | Case No. C-05-1100 JW HRL <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER |

Plaintiff, ANNA ESCOBEDO, and Defendants, GNS, INC., a California corporation, dba TACO BELL #148 and TACO BELL #2521, ANTHONY SAMMUT, in Trust for ANTHONY SAMMUT and ALFRED SAMMUT, DICK W. CAVA, dba CAVA ENTERPRISES (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear his or her own attorneys fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: January 23, 2006

**SINGLETON LAW GROUP**

Jason K. Singleton
*Digitally signed by Jason K. Singleton
DN: cn=Jason K. Singleton, o=LAW OFFICE OF JASON K. SINGLETON, c=US
Date: 2006.01.30 09:46:17 -08'00'*

_____
Jason K. Singleton, Attorney for Plaintiff, **ANNA ESCOBEDO**

**SEYFARTH SHAW LLP**

Dated: January 30, 2006

_____
SAMUEL T. McADAM, Attorneys for Defendants, GNS, INC., ANTHONY SUMMUT, DIC CAVA, dba TACO BEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ESCOBEDO,<br><br>　　Plaintiff,<br><br>v.<br><br>GNS, INC., a California corporation, dba TACO BELL #148 and TACO BELL #2521, ANTHONY SAMMUT, in Trust for ANTHONY SAMMUT and ALFRED SAMMUT, DICK W. CAVA, dba CAVA ENTERPRISES,<br><br>　　Defendants. | Case No. C-05-1100 JW HRL<br><br>~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ESCOBEDO vs GNS, INC., et al.</u>, Case Number C-05-1100 JW, is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

Dated: 07/10/06

JAMES WARE
UNITED STATES DISTRICT JUDGE